In the Matter of ARTHUR PFEIFFER et al., Respondents, against NATHAN SCHWEITZER COMPANY et al., Respondents.

ARMOUR AND COMPANY et al., Appellants; STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — workmen in general employ of one firm injured while repairing plant of another — which chargeable with payment of compensation.*

*Matter of Pfeiffer* v. *Schweitzer Co.,* 219 App. Div. 845, affirmed.
(Argued October 4, 1927; decided October 18, 1927.)

APPEAL from two orders of the Appellate Division of the Supreme Court in the third judicial department, entered March 16, 1927, each affirming an award of the State Industrial Board, made under the Workmen's Compensation Law. Claimants, while in the general employ of Armour and Company, were injured while engaged in repairing a leak in the refrigerating plant of the Schweitzer Company. The question was as to which firm was chargeable with payment of compensation.

*Selig Edelman* for appellants.

*William B. Davis* and *E. C. Sherwood* for Nathan Schweitzer Company et al., respondents.

*Albert Ottinger, Attorney-General,* for State Industrial Board, respondent.

Orders affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.